UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES CARVER, | : | NO. 1:05-CV-00427 |
| Plaintiff, | : | |
| v. | : | **OPINION AND ORDER** |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

The parties met before the Court on April 5, 2007 for a status conference in this matter.

In light of the Sixth Circuit's January 18, 2007 decision reversing this Court's denial of qualified immunity to the individual Defendants (docs. 16, 17), the Court finds no remaining viable federal claims in this matter. Although Plaintiff has remaining state law claims for wrongful death, compensatory and punitive damages, and attorney's fees, the Court declines to exercise supplemental jurisdiction over such state law claims. 28 U.S.C. § 1367(c)(3).

Accordingly, the Court DISMISSES Plaintiff's federal claims with prejudice, but DISMISSES Plaintiff's state law claims without prejudice to refiling.

SO ORDERED.

Dated: April 5, 2007        s/S. Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge